McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A Grey Honda Accord, WITH LICENSE PLATE 7VNN215, VIN #1HGCR2F76HA006332 | CASE NO. 2:20-SW-0155-CKD<br><br>ORDER<br><br>**UNDER SEAL** |

     The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the application and order, signed February 10, 2020, which authorized agents of ATF to install and monitor a tracking device in or on a Grey Honda Accord, with license plate 7VNN215, ("TARGET VEHICLE"), for a period of 45 days.

     The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

///

///

///

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated: July 9, 2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

2